UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY VEAL and JEFFREY GOLUB,
individually and on behalf of all those
similarly situated,
      Plaintiffs,

vs.                                              Case No. 8:04-CV-323-T-27MSS

CROWN AUTO DEALERSHIPS, INC.,
      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Dismiss Plaintiff's Third Amended Class Action Complaint (Dkt. 82), Plaintiffs' Motion for Partial Summary Judgment (Dkt. 61), Defendant's Cross-Motion for Summary Judgment (Dkt. 87), and Defendant's Motion for Partial Summary Judgment as to Count III (Dkt. 104). Upon consideration and in light of this Court's order granting Plaintiffs' Motion for Leave to File Fourth Amended Complaint, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Plaintiff's Third Amended Class Action Complaint (Dkt. 82), Plaintiffs' Motion for Partial Summary Judgment (Dkt. 61), Defendant's Cross-Motion for Summary Judgment (Dkt. 87), and Defendant's Motion for Partial Summary Judgment as to Count III (Dkt. 104) are DENIED as moot.[1]

**DONE AND ORDERED** in chambers this 25th day of May, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] After Plaintiffs file their Fourth Amended Complaint, the parties may re-file their respective motions to dismiss or motions for summary judgments. Each party shall file one dispositive motion addressing all claims they seek summary judgment on. Multiple motions for summary judgment filed by the same party will not be accepted without prior leave of court.

1