UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY VEAL, individually and on behalf of those
similarly situated,

    Plaintiffs,

vs.       Case No. 8:04-cv-323-T-27MSS

CROWN AUTO DEALERSHIPS, INC.,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the filing of Defendant's Motion to Re-Open Class Certification Discovery Deadline (Dkt. 144), Plaintiffs' Motion for Leave to Take Expedited but Limited Discovery Predicated on this Court's Order Dated August 23, 2005 (Dkt. 153), Plaintiffs' Motion to Quash or Limit Subpoena Upon Duane Overholt (Dkt. 160), and Plaintiffs' Motion to File Exhibit "F" Under Seal (Dkts. 161, 162). The Undersigned held a hearing on these matters on September 12, 2005.

For the reasons stated at the hearing, it is **ORDERED** that:

(1)     Defendant's Motion to Re-Open Class Certification Discovery Deadline is **DENIED WITHOUT PREJUDICE**. The parties are permitted to take the deposition of Duane Overholt ("Overholt"). However, arguments regarding the applicability of any such testimony to the pending Motion for Class Certification will be briefed by the parties, if they so choose, after the deposition of Overholt;

(2) Plaintiffs' Motion for Leave to Take Expedited but Limited Discovery Predicated on this Court's Order Dated August 23, 2005 (Dkt. 153) is **DENIED WITHOUT PREJUDICE**. Plaintiffs may seek such relief subsequent to the deposition of Overholt, if appropriate;

(3) Plaintiffs' Motion to Quash or Limit Subpoena Upon Duane Overholt (Dkt. 160) is **GRANTED IN PART AND DENIED IN PART**. The deposition of Overholt shall be limited to inquiries regarding the instant case and Crown Auto Dealerships, and the subpoena duces tecum shall be limited to disclosures regarding Crown Auto Dealerships. Further, upon the production of documents by Overholt to Plaintiffs, Plaintiffs shall have the ability to assert any privileges regarding said documents. Plaintiffs shall provide a privilege log to Defendant along with copies of all non-privileged documents produced by Overholt;

(4) Plaintiffs' Motion to File Exhibit "F" Under Seal (Dkts. 161, 162) is **GRANTED**. The **CLERK** is **DIRECTED** to file Exhibit "F" to Plaintiffs' Motion to Quash (Dkt. 160) under Seal.

(5) The document production to Plaintiffs may proceed immediately to the extent consistent with the Order of the District Court in Maryland. The production of documents to Defendant and the deposition shall be stayed until Plaintiffs' Motion

for Disqualification (Dkt. 164) has been ruled upon.

**DONE AND ORDERED** in Tampa, Florida on this _20th_ day of September, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
Counsel of Record