IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

8:04-CR-323-T-27mss

No. 06-90011 G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 2 2006

THOMAS K. KAHN
CLERK

CROWN AUTO DEALERSHIPS, INC.,

                     Petitioners,

vs.

ROY VEAL, individually and
on behalf of all others similarly
situated,

                     Respondents.

---

Petition for Permission to Appeal an Order from
the United States District Court for the
Middle District of Florida

---

BEFORE: HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

    The petition for permission to appeal pursuant to Fed.R.Civ.P.23(f) is GRANTED.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 12, 2006

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-90011-G**
Case Style: Crown Auto Dealerships v. Roy Veal
District Court Number: 04-00323 CV-T-27-MSS

GENERAL DOCKET NUMBER: 06-12756 A

---

Enclosed is the court's order granting permission to appeal. Pursuant to this order this cause has been docketed under the general docket number shown above which should be used in all future correspondence and filings instead of the previously assigned number.

Eleventh Circuit Rule 33-1 directs the appellant to file a Civil Appeal Statement in most civil appeals. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a)(4).

Pursuant to Fed.R.App.P 5(d), appellant must within ten (10) days after the date of entry of this order pay to the district court clerk the $250 docket fee plus the $5 filing fee required by statute (28 U.S.C. §§1913, 1917). This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the fee is paid within fourteen (14) days, with notice to this office.

Pursuant to Fed.R.App.P. 10(b), appellant must also within ten (10) days order any transcript required. A Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1. This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the appellant files a Transcript Information Form within fourteen (14) days.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-1(e).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DKT-10 (08-2005)