UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY VEAL, individually and
on behalf of all those similarly situated,

      Plaintiff,

vs.                                                     Case No. 8:04-CV-323-T-27MSS

CROWN AUTO DEALERSHIPS, INC.,

      Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Stay Dissemination of Class Notice Pending Rule 23(f) Appeal (Dkt. 257), Plaintiff's Response (Dkt. 258) and Defendant's Notice of Eleventh Circuit's Order Granting Crown's Rule 23(f) Petition (Dkt. 259). Upon consideration, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Stay Dissemination of Class Notice Pending Rule 23(f) Appeal is **GRANTED**. A stay pending appeal is warranted where the petitioner establishes (1) a likelihood of success on the merits of the appeal; (2) irreparable injury unless the stay is granted; (3) no substantial harm to other interested persons, and (4) no harm to the public interest. *See In re Federal Grand Jury Proceedings*, 975 F.2d 1488, 1492 (11th Cir. 1992) (citations omitted). The Eleventh Circuit has granted Defendant's petition for permission to appeal pursuant to Fed.R.Civ.P. 23(f). (Dkt. 259). The Eleventh Circuit's ruling on Defendant's Rule 23(f) appeal may affect the form and scope of the class notice. The risk of sending notice to Crown customers who are later determined not to be members of the class outweighs the limited harm Plaintiffs may suffer due to the temporary delay of class notification. Given the limited scope of this

temporary partial stay, the public and putative class will not be harmed. Accordingly, dissemination of class notice is **STAYED** pending a ruling by the Eleventh Circuit on Defendant's Rule 23(f) appeal. This Court defers ruling on Plaintiff's Motion for Approval of Class Notice and Clarification and/or Modification of Class and Subclass Definitions (Dkt. 254). All other aspects of this case shall proceed in accordance with the Court's case management and scheduling order.

**DONE AND ORDERED** in chambers this 22nd day of May, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record